UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 13-10210-399 |
| EUGENE DESLITCH AND ) | |
| CLAUDIA HOWE, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

### WITHDRAWAL OF DOCUMENT

COMES NOW, Charles W. Riske, Trustee in Bankruptcy, and withdraws his objection to claim filed on August 19, 2014 as Document 23 for the reason that claimant has provided additional documentation to support said claim.

/S/ CHARLES W. RISKE
CHARLES W. RISKE, #30698MO
Trustee in Bankruptcy
231 S. Bemiston, Suite 1220
Clayton, MO 63105
(314) 725-9400 Telephone
(314) 726-2361 Facsimile
risketrustee@ctfpc.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing or via regular mail, postage pre-paid, this 3rd day of September, 2014 to: Capital One, N.A., c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712; and the Office of the United States Trustee, 111 S. 10th St., Ste. 6353, St. Louis, MO 63102.

/S/ CHARLES W. RISKE